## George Renner, Jr., Plaintiff-Appellee, v. Elmer Touchette, Defendant-Appellant.

Term No. 51-O-3.

John R. Sprague, for appellant; Lindauer, Lindauer & Pessin, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. Not to be published in full. Opinion filed March 1, 1952; released for publication April 2, 1952.